UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | CIVIL ACTION No. 2:06-cv-01594 |
| COMPLAINT OF G.M. CRAIN | § | |
| RIVER TOWING, INC., AS OWNER | § | ADMIRALTY/RULE 9(h) |
| OF THE M/V ROY L, FOR | § | |
| EXONERATION FROM AND/OR | § | Judge Lancaster |
| LIMITATION OF LIABILITY | § | |
| | § | Electronically Filed |

**ORDER**

AND NOW, this 29th day of March, 2007, the Court, having received and reviewed Plaintiff G.M. Crain River Towing, Inc.'s Motion to Strike Jury Demand from Claim of Fredric L. Megill (Document No. 13), ORDERS that said motion is GRANTED and therefore the jury demand contained in the Claim of Fredric L. Megill (Document No. 10) is stricken.

Date: 3/29, 2007.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

{W0013522.1}                                                    1