IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF G.M. CRAIN RIVER TOWING, INC., as owner of the M/V Roy L, for exoneration from and/or limitation of liability | ) ) ) Civil Action No. 06-1594 ) ) ) |

ORDER

Before the court is claimant's motion to dissolve the injunction, entered by the undersigned on December 12, 2006, so that claimant can pursue his claims in state court [document #19]. The shipowner has no objection to this motion, provided claimant execute a stipulation regarding the parties' respective rights under the Vessel Owners Limitation of Liability Act. That stipulation has now been executed by the claimant [document #27].

Therefore, this **26** day of April, 2007, IT IS HEREBY ORDERED that claimant's motion to dissolve the injunction is GRANTED so that claimant may pursue his claims against the shipowner in Pennsylvania state court.

However, in lieu of staying this action while claimant proceeds in state court, and in the interest of judicial economy, the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter. Should further proceedings in this matter become necessary or desirable, either party may initiate such proceedings in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc: All Counsel of Record