# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE ) | CIVIL ACTION NO. 06-CV-1594 |
| COMPLAINT OF G.M. CRAIN ) | |
| RIVER TOWING, INC. AS OWNER ) | ADMIRALTY |
| OF THE M/V ROY L, FOR ) | |
| EXONERATION FROM AND/OR ) | Judge Lancaster |
| LIMITATION OF LIABILITY ) | |
| ) | ELECTRONICALLY FILED |

## ORDER OF COURT

AND NOW, this 10TH day of FEBRUARY, 2009 upon consideration of the within Joint Motion for Leave to File Under Seal, it is hereby ORDERED that the Amended Petiton for Leave to Compromise the Claim of Fredic L. Megill, any future Order ganting the Amended Petiton for Leave to Compromise the Claim of Fredic L. Megill, and any future transcripts from the settlement approval hearing are placed under seal.



J.