IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE )
COMPLAINT OF G.M. CRAIN )
RIVER TOWING, INC., AS OWNER ) Civil Action No. 06-1594
OF THE M/V ROY L., FOR )
EXONERATION FROM AND/OR )
LIMITATION OF LIABILITY )

ORDER OF COURT

AND NOW this 19th day of February, 2009, the court having been advised by counsel for the parties that the claim of Fredric L. Megill has been settled and the only remaining matter is a hearing to approve the settlement and distribution, IT IS ORDERED that the hearing to approve the settlement will be held before the undersigned on Friday, February 20, 2009 at 3 p.m. in Courtroom #3A, 3rd floor, U.S. Courthouse, 7th Avenue and Grant Street, Pittsburgh, Pennsylvania.

BY THE COURT:

_____, J.

cc: All counsel of record