# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE ) | CIVIL ACTION NO. 06-CV-1594 |
| COMPLAINT OF G.M. CRAIN ) | |
| RIVER TOWING, INC. AS OWNER ) | ADMIRALTY |
| OF THE M/V ROY L, FOR ) | |
| EXONERATION FROM AND/OR ) | Judge Lancaster |
| LIMITATION OF LIABILITY ) | |
| ) | ELECTRONICALLY FILED |

## ORDER

NOW COMES, the petitioner, Fredric L. Megill and his Petition for Leave to ompromise and Settle Claim of Fredric L. Megill having set forth in full, and the same having been fully considered by the Court:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Amended Petition for Leave to Compromise and Settle Claim of Fredric L. Megill and to Place Under Seal is hereby approved and the settlement proceeds of Three Hundred Sixty Thousand Dollars ($360,000) is found to be full and adequate consideration for this settlement and release.

It is further Ordered, Adjudged and Decreed that this case, including all claims, is DISMISSED WITH PREJUDICE, with each party bearing their own costs of court and attorney fees and that the Court will retain jurisdiction only as necessary to enforce the Parties Settlement Agreement.

IT IS SO ORDERED.

_____
JUDGE

DATED: FEBRUARY 20, 2009